# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MCGREGOR,<br><br>                              Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>                              Defendant. | Case No.:  19cv1736-LAB (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 8]** |

The parties' joint motion to dismiss is **GRANTED**.  Dkt. 8.  This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

**IT IS SO ORDERED**.

Dated:  January 24, 2020

**Hon. Larry Alan Burns**
Chief United States District Judge

1